**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANGEL DUCHITANGA, FRANCISCO MARTINEZ, LUIS JUNCAL, ESTELA PEREZ, and EDWIN BUSTILLO, on behalf of themselves and others similarly situated , <br><br>        Plaintiffs, <br><br>- against – <br><br>THE 43 AVE TOP N' QUALITY CORPORATION d/b/a TOP & QUALITY CLEANERS, SANG HUN KIM, "JOHN" (FIRST NAME UNKNOWN) PACK, "JOHN" (FIRST NAME UNKNOWN) JONG, SUNNY CLEANERS INC. d/b/a TOP & QUALITY CLEANERS, SUN CLEANERS INC. d/b/a CLEAN TECH 47, JAE HEE SIM, CHARLIE "DOE" (LAST NAME UNKNOWN), THOMAS "DOE" (LAST NAME UNKNOWN), and YSB CLEANERS INC. d/b/a STEVE'S DRY CLEANERS, <br><br>        Defendants, | Case No. 17-cv-1145 <br><br>**MOTION TO WITHDRAW AS ATTORNEY** |

To: The clerk of court and all parties of record

 PLEASE TAKE NOTICE that William Michael Brown is no longer employed with Hang & Associates PLLC, as of July 9, 2018. Hang & Associates PLLC will continue to represent the Plaintiffs in this matter, and no party will be prejudiced if this Motion is granted.

 WHEREFORE, undersigned counsel respectfully requests that this Court permit William M. Brown to withdraw as attorney for the Plaintiffs and remove him from the docket in the above referenced matter.

 We appreciate the Court's time and attention in this matter.

Date: July 13, 2018

Flushing, NY

                                        HANG & ASSOCIATES, PLLC.
                                        ___/s/ *Ge Qu*_____
                                        Ge Qu, Esq.
                                        *Attorneys for the Plaintiffs*
                                        136-20 39th Avenue, Suite 10G
                                        Flushing, NY 11354
                                        T: (718) 353-8588
                                        F: (718) 353-6288
                                        *rqu@hanglaw.com*