UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angel Duchitanga, Francisco Martinez, Luis Juncal, Estela Perez, and Edwin Bustillo, on behalf of themselves and other similarly situated,<br><br>                     Plaintiffs,<br><br>- against -<br><br>The 43 Ave Top N' Quality Corporation d/b/a Top & Quality Cleaners, KY Cleaners Inc., Sang Hum Kim, Jae Hee Sim, and Charlie "Doe" (last name unknown),<br><br>                     Defendants. | Case No. 1:17-cv-01145<br><br>**MOTION TO WITHDRAW AS ATTORNEY** |

To: The clerk of court and all parties of record

**PLEASE TAKE NOTICE** that Zindzi C. Baugh Corbett is no longer employed with Hang & Associates PLLC, as of March 6, 2020. Hang & Associates PLLC will continue to represent the Plaintiffs in this matter, and no party will be prejudiced if this Motion is granted.

WHEREFORE, undersigned counsel and the Plaintiffs respectfully request that this Court permit Zindzi C. Baugh Corbett to withdraw as attorney for the Plaintiffs and remove her from the docket in the above referenced matter.

We appreciate the Court's time and attention in this matter.

Dated: March 6, 2020
      Flushing, New York

                                            **HANG & ASSOCIATES, PLLC**

                                            By: /s/ *Zindzi Baugh Corbett*
                                            Zindzi Baugh Corbett, Esq.,
                                            136-20 38th Ave. Suite 10G
                                            Flushing, New York 11354
                                            Tel: (718) 353-8588
                                            zbaughcorbett@hanglaw.com
                                            *Attorneys for Plaintiffs*