**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Angel Duchitanga, Francisco Martinez,
Luis Juncal, Estela Perez, and
Edwin Bustillo, on behalf of themselves and
others similarly situated,

                Plaintiffs,        Case No.: 1:17-cv-01145-LDH-RLM

      -against-                **NOTICE OF MOTION FOR**
                                        **DEFAULT JUDGMENT**
                                        **PURSUANT TO FED.R.CIV. P.**
                                        **55(B)(2)**

The 43 Ave Top N' Quality Corporation
d/b/a Top & Quality Cleaners,
Sunny Cleaners Inc. d/b/a Top & Quality Cleaners,
Sang Hun Kim, Jae Hee Sim, and
Charlie "Doe" (last name unknown),

                Defendants.
------------------------------------------------------------X

      COME NOW Plaintiffs Angel Duchitanga, Luis Juncal, Estela Perez, and

Edwin Bustillo by and through their attorneys, Hang & Associates, PLLC, hereby moves for

default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local

Civil Rule 55.2 against Defendants The 43 Ave Top N' Quality Corporation and Sunny Cleaners

Inc., before the Honorable LaShann DeArcy Hall, at the Courthouse for the United States

District Court for the Eastern District of New York located at 225 Cadman Plaza East Brooklyn,

New York 11201, on a date and at a time fixed by the Court.

  Dated: Flushing, New York                              HANG & ASSOCIATES, PLLC
         March 17, 2021

                                                                       By:   /s *Ge Qu*
                                                                             Ge Qu, Esq.

136-20 38th Avenue Suite 10G
Flushing, New York 11354
Phone: 718.353.8588
Fax: 718.353.6288
e-mail: rqu@hanglaw.com
*Attorneys for Plaintiffs*