UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANGEL DUCHITANGA, et al.,

                              Plaintiffs,                        JUDGMENT

    v.

                              17-CV-1145-LDH-RLM

THE 43 AVE TOP N' QUALITY CORPORATION
d/b/a TOP & QUALITY CLEANERS, et al.,

                              Defendants.
----------------------------------------------------------------X

        An Order of the Honorable LaShann DeArcy Hall, United States District Judge having been filed on March 28, 2022, adopting the Report and Recommendation of Magistrate Roanne L. Mann, dated September 13, 2021, granting Plaintiffs' motion for default judgment DE#52 in substantial part, consistent with the R&R; awarding Plaintiffs damages against 43 Ave as follows: $43,436.13 in unpaid overtime wages and minimum wages, $43,436.13 in liquidated damages, and $15,000 in WTPA damages; holding Sunny jointly and severally liable for $15,731.05 of 43 Ave's FLSA overtime violations and $15,731.05 for liquidated damages on that sum; also holding Sunny liable for its own violations in the following amounts: $10,774.75 in unpaid overtime wages and minimum wages, $10,774.75 in liquidated damages on that sum, and $15,000 in WTPA damages; awarding Plaintiffs attorney's fees in the amount of $8,235 and costs in the requested amount of $593 against both Defendants, jointly and severally; also awarding Plaintiffs nine percent prejudgment interest on the minimum wage and overtime violation damages under the NYLL, to be calculated as follows by the Clerk of the Court: With respect to 43 Ave, interest on $43,436.13 at a daily rate of $10.71 from July 1, 2013 until the final judgment is entered; and with respect to Sunny, interest on $10,774.75 at a daily rate of $2.66 from June 20, 2016 until the final judgment is entered; awarding Plaintiffs post-judgment

interest to be calculated from the date the Clerk of the Court enters judgment in this action until the date of the payment, at the rate set forth in 28 U.S.C. § 1961; and the Clerk of Court having calculated the prejudgment interest at the rates set forth above, and the interests being $34,207.74 and $5,609.94; it is

ORDERED and ADJUDGED that Plaintiffs' motion for default judgment (DE#52) is granted in substantial part, consistent with the R&R; that Plaintiffs are awarded a total amount of $150,517.94 plus post-judgment interest to be calculated from the date the Clerk of the Court enters judgment in this action until the date of the payment, at the rate set forth in 28 U.S.C. § 1961; that of those sums, Sunny shall be held jointly and severally liable for $15,731.05 of 43 Ave's FLSA overtime violations and $15,731.05 for liquidated damages on that sum (a total of $31,462.10); and that Sunny shall also be held liable for its own violations in the following amounts: $10,774.75 in unpaid overtime wages and minimum wages, $10,774.75 in liquidated damages on that sum, and $15,000 in WTPA damages (a total of $ 36,549.50).

Dated: Brooklyn, New York  
       March 30, 2022

Brenna B. Mahoney  
Clerk of Court

By:   */s/Jalitza Poveda*  
       Deputy Clerk